1012

## CITY OF ALBUQUERQUE v. Herbert C. HELLER.

### No. 2048.

Circuit Court of Appeals, Tenth Circuit.
Jan. 6, 1940.

Joseph L. Dailey, of Albuquerque, N. M., for appellant.

H. A. Kiker, of Santa Fe, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

## Herman H. DETER v. UNITED STATES.
## George F. McKENNEY v. UNITED STATES.
## Ira S. GIFFORD v. UNITED STATES.
## Charles S. BONNELL v. UNITED STATES.
## Patrick J. HOLMES v. UNITED STATES.
## Harry G. DALTON v. UNITED STATES.

### Nos. 8455–8460.

Circuit Court of Appeals, Sixth Circuit.
Jan. 19, 1940.

C. M. Vrooman and Francis J. Amer, both of Cleveland, Ohio, for appellants.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court having considered the application of appellants to dismiss the appeal in each of these cases, it is now ordered that the appeals in these cases be and the same are dismissed.

## In the Matter of Herman COHEN, Bankrupt-Appellee; Jacob Jaret, Objecting Creditor-Appellant.

### No. 151.

Circuit Court of Appeals, Second Circuit.
Dec. 26, 1939.

I. Sidney Worthman, of New York City, for appellant.

Frederic W. Lahr, of St. George, S. I., N. Y., for appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed.

## In the Matter of DONAHOE'S, INCORPORATED, Debtor.

## In the Matter of GEO. K. STEVENSON COMPANY, Debtor; Donahoe's, Incorporated Preferred and Class A Stockholders' Protective Association, Appellant.

### No. 7237.

Circuit Court of Appeals, Third Circuit.
Nov. 27, 1939.

Rehearing Denied Jan. 10, 1940.

Louis S. Posner, of New York City, and Reich & Reich and Eli E. Reich, all of Pittsburgh, Pa., for petitioners.

Stewart Lynch, of Wilmington, Del., for appellees.

Before MARIS, BIDDLE, and JONES, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of counsel for the debtors, it is hereby ordered that the appeal in the above entitled matter be, and the same is hereby dismissed.